IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01415-MSK-OES

RAYMOND GOTFREDSON, and
TRIM WORK SPECIALTY, INC.,

      Plaintiffs,

v.

LARSEN LP,
ROBERT E. LONG, Trustee, Trust A, U/W/O Charles F. Urschel, Jr.,
WENDY U. LARSEN, Trustee, Trust B, U/W/O Charles F. Urschel, Jr.,
MARCELLA LARSE, f/k/a MARCELLA LARSEN CHILSON, individually, and as the
Trustee of the 1991 Larsen Irrevocable Trust,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
ZURICH AMERICAN INSURANCE COMPANY,

      Defendants.

_____

### PROPOSED ORDER DENYING DEFENDANT MARCELLA LARSEN'S REQUEST FOR CLARIFICATION
_____

      This matter having come before the Court on Defendant Marcella Larsen's Request for Clarification **(#38)**, the Court having reviewed the request. The Court can clarify only its own orders; it cannot clarify that which a party has filed. Therefore, the motion is DENIED.

      DATED this 11th day of October, 2005.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge