IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01415-MSK-OES

RAYMOND GOTFREDSON, and
TRIM WORK SPECIALTY, INC.,

      Plaintiffs,

v.

LARSEN LP,
ROBERT E. LONG, Trustee, Trust A, U/W/O Charles F. Urschel, Jr.,
WENDY U. LARSEN, Trustee, Trust B, U/W/O Charles F. Urschel, Jr.,
MARCELLA LARSEN, f/k/a MARCELLA LARSEN CHILSON, individually, and as the Trustee of the 1991 Larsen Irrevocable Trust,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
ZURICH AMERICAN INSURANCE COMPANY,

      Defendants.

_____

## ORDER OF RECUSAL
_____

This matter comes before the Court, *sua sponte*.  The undersigned recuses in this matter pursuant to 28 U.S.C. Section 455(a) due to her longstanding personal friendship with principals in the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Dated this 17th day of November, 2005.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge