IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01415-EWN-OES

RAYMOND GOTFREDSON and
TRIM WORK SPECIALTY, INC.,

Plaintiff(s),

vs.

LARSEN LP, et al.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: January 31, 2006

     Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #65, filed 1/24/06) is GRANTED. The Second Amended Complaint is accepted for filing. Further, the current pending motions to dismiss will equally apply to the Second Amended Complaint.